## WRIGHT v. THE STATE.

BECK, J. No errors of law are complained of; and there being sufficient evidence to authorize the verdict, the judgment of the court below, refusing a new trial, will not be disturbed.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted July 16,—Decided August 13, 1906.

Accusation of pointing pistol at another person. Before Judge Hodges. City court of Macon. June 16, 1906.

*Hardeman & Jones,* for plaintiff in error.

*William Brunson, solicitor-general,* contra.